IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OJEA CROSBY,                                        :                    CIVIL ACTION
                                                    :
              v.                                    :
                                                    :
POLICE OFFICER                                      :
NATHANIEL HARPER, et al.                            :                    NO. 13-4446

**ORDER**

AND NOW, this 8 day of January, 2014, upon careful and
independent consideration of the pleadings and record herein, and after review of the Report and
Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

ORDERED

      1.     The Report and Recommendation is **APPROVED** and **ADOPTED**; and

      2.     the Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of
Civil Procedure 12(b)(6) and Motion to Strike Pursuant to Federal Rule of Civil Procedure
12(b)(5) (Doc. 16) (the "Motion") filed by defendant Wal-Mart Stores East, L.P. ("Wal-Mart") is
**GRANTED IN PART** and **DENIED IN PART** as follows:

      a.     The Motion is **GRANTED** to the extent that it seeks to dismiss all
claims pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985 against Wal-Mart.

      b.     The Motion is **GRANTED** to the extent that it seeks to strike
Count XII (Punitive Damages) of plaintiff's Complaint.

      c.     The Motion is **DENIED AS MOOT** with respect to the Motion to
Strike the Waivers of Service of Summons relating to defendants Alexander Manners, Jose
Borrero, and Jose Montalvo.

1

d. Plaintiff's request for leave to amend her complaint is **DENIED**.

BY THE COURT:

_____

EDUARDO C. ROBRENO, J.